

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

April 15, 2025

Hon. Mitchell J. Katz  
Federal Building and U.S. Courthouse  
P.O. Box 7367  
Syracuse, New York   13261

Re:   *Raleigh v. Mack*, et al.  
      9:24-CV-00953 (AMN/MJK)  
      Northern District of New York

Dear Judge Katz:

    Please accept this correspondence as a response to the Court's January 10, 2025, Text Order, requiring a status report as to the progress of discovery in this matter. ECF No. 18. Counsel have been in conversation regarding discovery and are currently in the process of serving and responding to written discovery demands. The parties also have preliminarily discussed the scheduling of depositions for both parties in this matter.

    Thank you for your consideration.

Respectfully submitted,

_____  
Alexandra L. Galus  
Assistant Attorney General  
Bar Roll No. 705275  
Phone: (518) 776-2463  
alexandra.galus@ag.ny.gov

CC: Sara Wolkensdorfer, Esq.  
    Via: CM/ECF