IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK KURANT, Individually and On Behalf of All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : CASE NO. 1:25-cv-1549 (FJS/MJK) <br> : <br> : |
| LG ELECTRONICS U.S.A. INC., | : <br> : |
| Defendant. | : <br> : <br> : |

**STIPULATION AND ORDER CONTINUING DEADLINE FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND ADJOURNING RULE 16 PLANNING CONFERENCE AND ASSOCIATED DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel for Plaintiff and Defendant hereby submit this Stipulation and respectfully request the Court enter the same as an Order of the Court. In support hereof, the parties state as follows:

**WHEREAS**, Plaintiff filed the initial Class Action Complaint (Dkt. 1) ("Initial Complaint") in this matter on November 3, 2025, and a waiver of service of the Initial Complaint and Summons was recorded on the docket on December 4, 2025;

**WHEREAS**, Defendant's current deadline to respond to the Initial Complaint is January 22, 2026;

**WHEREAS**, Plaintiff intends to amend the Initial Complaint;

**WHEREAS**, if Defendant were to move against or answer the Initial Complaint on January 22, 2026, Plaintiff would be entitled to amend the Initial Complaint by right up to and until February 12, 2026, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B);

1

**WHEREAS**, the Parties wish to preserve judicial and party resources by avoiding unnecessary briefing that would occur were Defendant to file motions relating to the Initial Complaint;

**WHEREAS**, Defendant expects to file a motion to compel arbitration concurrently with a Rule 12 motion to dismiss in response to Plaintiff's First Amended Complaint;

**WHEREAS**, under General Order #25, Dkt. 2, the Rule 16 conference is currently scheduled for February 2, 2026;

**WHEREAS**, the Parties are directed to meet-and-confer and file a report under Rule 26(f);

**WHEREAS**, amendment of the Complaint and any future decision on a motion to compel arbitration could alter the timeline of this litigation and the scope of the parties' Rule 26 report and Rule 16 conference;

**WHEREAS**, continuing the Rule 16 conference to a date following the resolution of Defendant's motions will conserve judicial resources;

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for Plaintiff and Defendant, that:

Defendant's deadline to answer or move is adjourned pending amendment of Plaintiff's Complaint;

Plaintiff shall file the First Amended Complaint on or before February 12, 2026;

Defendant's deadline to answer, move, or otherwise respond to the First Amended Complaint shall be March 26, 2026;

Plaintiff's deadline to file its Opposition Brief(s) shall be April 30, 2026;

Defendant's deadline to file its Reply Brief(s) shall be May 21, 2026;

The Rule 16 conference is adjourned until 30 days after the Court's decision on Defendant's motion to compel arbitration or, if no motion to compel arbitration is filed, Defendant's motion to dismiss; and

The Rule 26(f) report will be submitted to the Court one week prior to the Rule 16 conference.

Dated: January 21, 2026                                   Respectfully submitted,

/s/ *David J. Harris, Jr.*                                /s/ *Phoebe A. Wilkinson*
David J. Harris, Jr.                                      Phoebe A. Wilkinson
**HARRIS LLP**                                            Samuel L. Zimmerman (*Pro Hac Vice*
501 West Broadway, Suite 800                              forthcoming)
San Diego, California 92101                               **HOGAN LOVELLS US LLP**
T: (619) 213-1102                                         390 Madison Avenue
david@harrisllp.com                                       New York, NY 10022
N.D.N.Y. Bar Roll No. 704884                              phoebe.wilkinson@hoganlovells.com
                                                          samuel.zimmerman@hoganlovells.com

*Counsel for Plaintiff*
*and the Putative Class*                                  *Counsel for Defendant*

**SO ORDERED.**

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge

Dated: January 22nd, 2026